IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.    CASE NO. 4:05cr00312-01 JMM

KATHERINE HOPPER

ORDER

Counsel for the United States has submitted to the Court a petition for summons for Defendant to appear for a hearing on the alleged violations of supervised release. The Clerk is directed to file this pleading as a motion for summons and motion to revoke supervised release.

The motion for summons to be issued is granted. The Clerk is directed to issue a summons and the U.S. Marshal is directed to serve the summons and a copy of this Order on Defendant to appear **Thursday, September 19, 2013 at 10:45 a.m.,** Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 4A, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that the defendant is to report to the United States Probation Office thirty (30) minutes prior to the scheduled hearing. The Clerk is directed to provide a copy of the motion to the United States Marshal.

Based upon the financial affidavit of Ms. Hopper's financial ability to employ counsel, the Court finds Defendant is entitled to counsel but cannot afford to hire a private lawyer. Ms. Lisa Peters, Assistant Federal Public Defender is appointed to represent Defendant in the revocation proceedings.

The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 26th day of July, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE